CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 4 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division**

| | | |
|---|---|---|
| **JAMES RAY,** | ) | **Civil Action No. 7:04CV00134** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **CSX TRANSPORTATION, INC.,** | ) | |
| | ) | **By:  James C. Turk** |
| **Defendant.** | ) | **Senior United States District Judge** |

In accordance with the accompanying Memorandum Opinion, it hereby is

**ORDERED**

that the jury verdict finding for the plaintiff is set aside and the Defendant's Motion for Judgment

as a Matter of Law (Dkt. No. 29) hereby is **GRANTED** and Plaintiff's Motion for Entry of

Verdict (Dkt. No. 31) hereby is **DENIED**.  Should the Appellate Court decide that judgment as a

matter of law is inappropriate in this case, the Court hereby **GRANTS** the defendant a new trial

in this case.

The Clerk is directed to strike this case from the active docket of the Court and to send

certified copies of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTER:        This _22ᵈ_ day of May, 2005.

_James C Turk_
Senior United States District Judge

13